James H. Kaster (MN #53946)
Lucas J. Kaster (MN #396251)
**NICHOLS KASTER, PLLP**
80 South Eighth Street
4700 IDS Center
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
kaster@nka.com
lkaster@nka.com

Erika Birch (Bar No. 7831)
T. Guy Hallam Jr. (Bar No. 6101)
**STRINDBERG & SCHOLNICK, LLC**
1516 West Hays Street
Boise, ID 83702
Telephone: (208) 336-1788
Fax: (208) 287-3708
erika@idahojobjustice.com
guy@idahojobjustice.com

ATTORNEYS FOR PLAINTIFF

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THOMAS CAMPBELL,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | Case No. 4:18-CV-00522-BLW<br><br>**STIPULATION REGARDING TRIAL TESTIMONY BY VIDEOCONFERENCE** |

Plaintiff, Thomas Campbell, by and through his counsel of record, Nichols Kaster, PLLP, and Defendant Union Pacific Railroad Co. ("Union Pacific"), by and through its counsel of record, Givens Pursley LLP and Baird Holm, LLP, hereby stipulate and agree pursuant to Fed. R. Civ. P. 43(a), that Plaintiff's expert witnesses, Dr. Kevin Trangle and Dr. Robert Leimkuehler

**STIPULATION REGARDING TRIAL TESTIMONY BY VIDEOCONFERENCE**

shall appear at the trial in this matter via a live videoconference feed. Good cause exists to allow both Dr. Trangle and Dr. Leimkuehler to appear at trial via video conference due to the COVID-19 pandemic as an in-person appearance would require both to travel from the Cleveland, Ohio area to Idaho.

DATED this 1st day of April, 2021.

                                      By: s/Lucas J. Kaster
                                          James H. Kaster
                                          Lucas J. Kaster
                                          NICHOLS KASTER, PLLP

                                          Attorneys for Plaintiff

DATED this 1st day of April, 2021.

                                      By: s/Kersti H. Kennedy
                                          Debora Kristensen Grasham
                                          Kersti H. Kennedy
                                          GIVENS PURSLEY, LLP

                                          Scott P. Moore
                                          BAIRD HOLM LLP

                                          Attorneys for Defendant

**STIPULATION REGARDING TRIAL TESTIMONY BY VIDEOCONFERENCE**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2021 I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Debora Kristensen Grasham - dkk@givenspursley.com

Kersti H. Kennedy - KerstiKennedy@GivensPursley.com

Scott P. Moore – spmoore@bairdholm.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

NONE.

                                                            s/Lucas J. Kaster
                                                            Lucas J. Kaster