UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendants. | Case No. 4:18-cv-00522-BLW<br><br>**VERDICT FORM** |

We, the Jury in the above-entitled action, for our Verdict, unanimously answer the questions submitted as follows:

1. Did Mr. Campbell prove his ADA disability discrimination claim against the Union Pacific?   [See Instruction Nos. 13-16]

    Yes ✓  No ____

2. Did Mr. Campbell prove his ADA failure to accommodate claim against the Union Pacific?   [See Instruction Nos. 17-18]

    Yes ✓  No ____

*If your answer to Questions No. 1 or No. 2 was "Yes," proceed to Questions Nos. 3-5. If your answer to both Questions No. 1 and No. 2 was "No" then have your foreperson sign and date the verdict form and advise the bailiff that you are done.*

**VERDICT - 1**

3. Did the Union Pacific prove its direct threat affirmative defense?

[See Instruction No. 19]

Yes _____ No ✓

*If your answer to Questions No. 3 was "No," proceed to Questions Nos. 4-5. If your answer to Question No. 3 was "Yes" then have your foreperson sign and date the verdict form and advise the bailiff that you are done.*

4. The jury awards Mr. Campbell the following damages:

[See Instruction Nos. 21-23]

| | |
|---|---|
| Back Wages: | $ 39,530.40 |
| Front Wages: | $ 312,591.23 |
| Emotional Distress: | $ 2,500,000.00 |
| TOTAL DAMAGES: | $ 2,852,121.63 |

5. Was the Union Pacific's conduct with regard to Mr. Campbell malicious, oppressive or in reckless disregard of Mr. Campbell's rights? [See Instruction No. 20]

Yes ✓ No _____

*Have your foreperson sign and date the verdict form and advise the bailiff that you are done.*

Dated: 4/16/2021

_____
Foreperson

**VERDICT - 2**