UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS CAMPBELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>　　　　　　Defendant. | Case No. 4:18-cv-00522-BLW<br><br>**JUDGMENT** |

　　　Based upon the Jury's verdicts in this matter (Dkt. 99, 111), and the Court's Order filed concurrently herewith awarding Plaintiff equitable relief, **IT IS ORDERED, ADJUDGED AND DECREED**, that Judgment be entered in favor Plaintiff Thomas Campbell and against Defendant Union Pacific Railroad Co. and that Defendant Union Pacific Railroad Co., pay Thomas Campbell $39,530.40 in back pay, $312,591.23 in front pay, $2,500,000 in compensatory damages, and $1,000,000 in punitive damages.



DATED: July 13, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

JUDGMENT - 1